UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | |
| CHANG WOOK CHON, | : | VIOLATIONS: |
| Defendant. | : | 18 U.S.C. § 401(3) |
| | : | (Contempt of Court) |

Case: 1:12-cr-00238
Assigned To : Wilkins, Robert L.
Assign. Date : 11/5/2012
Description: INFORMATION (A)
Case Related To: 12cv01254 (RLW)

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about December 14, 2011, within the District of Columbia, the defendant, **CHANG WOOK CHON**, did willfully and knowingly disobey and resist a lawful order of a Court of the United States, that is, the order issued by the Honorable Robert L. Wilkins, United States Judge on June 6, 2011, in the District of Columbia in the case of <u>Francisco J. Ferrufino; Marvin Hercules; Noe A. Navarrete; and William Pascual v. Vigor Restaurant, LLC; RC CT Avenue Restaurant, LLC (d/b/a as Epicurean and Company and Chang Wook Chon</u>, Civil Action No. 10-cv-1070 (RWL), by speaking to plaintiff Jose Maroia Hercules Pineda, also known as Marvin Hercules about that lawsuit in violation of the above-described Order of the Court.

(**Contempt of Court**, in violation of Title 18, United States Code, Section 401(3))

Respectfully Submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 447889

By: */s/ Patricia Stewart/*
PATRICIA STEWART
Assistant United States Attorney
D.C. Bar No. 358910
555 4th Street, N.W., Room 4247
Washington, D.C. 20530
(202) 252-7761
Patricia.Stewart@usdoj.gov